UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID CARTER,

    Plaintiff,

                                                         CASE NO.:  8:17-CV-02613-SDM-MAP

-vs-

GLOBAL LENDING SERVICES, LLC,

    Defendant,
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, DAVID CARTER, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal Without Prejudice of the above captioned matter.

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Travis J. Halstead, Esquire, Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., 200 S. Orange Ave., Ste. 2900, Orlando, FL 32801 (thalstead@bakerdonelson.com, vmcfarland@bakerdonelson.com)

                                                  */s/Frank H. Kerney, III, Esquire*
                                                  Frank H. Kerney, III, Esquire
                                                  Florida Bar #: 88672
                                                  Morgan & Morgan, Tampa, P.A.
                                                  201 North Franklin Street, 7th Floor
                                                  Tampa, FL 33602
                                                  Telephone: (813) 223-5505
                                                  Facsimile:  (813) 223-5402
                                                  fkerney@forthepeople.com
                                                  jkneeland@forthepeople.com
                                                  mbradford@forthepeople.com
                                                  *Counsel for Plaintiff*