UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID CARTER,

    Plaintiff,

v.                                            CASE NO. 8:17-cv-2613-T-23MAP

GLOBAL LENDING SERVICES, LLC,

    Defendant.
_____/

## **ORDER**

In accord with the plaintiff's notice (Doc. 11) of dismissal, this action is **DISMISSED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 2, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE